# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2385
Lower Tribunal No. 2024-MM-000384

_____

ZACHARY WILLIAM KUEKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
Kevin M. Kohl, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and KAMOUTSAS, JJ., concur.


Jonathan Mills, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.

Benjamin C. Iseman and Nicolas T. Burnosky, of Maynard Nexsen PC, Winter Park, Amicus Curiae for the Orange County Tax Collector i/s/o Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED